# Court of Appeals
# of the State of Georgia

ATLANTA,___August 15, 2016___

*The Court of Appeals hereby passes the following order:*

**A16A2155.  LATISHA SHANA MCCOY v. THE STATE.**

Following a bench trial during which the court denied Latisha Shana McCoy's motion to suppress evidence,[1] the trial court entered a verdict finding McCoy guilty of driving under the influence of drugs.  However, the court has not entered a judgment of conviction and has not imposed a sentence.  McCoy then filed this direct appeal of the verdict and the denial of her motion to suppress. We lack jurisdiction because the challenged orders are interlocutory.

Although the trial court found McCoy guilty, it has not entered a judgment of conviction and has not imposed a sentence.  Accordingly, the case remains pending below, and McCoy was required to follow the interlocutory appeal procedures of OCGA § 5-6-34 (b) to obtain appellate review at this time.  See *Keller v. State*, 275 Ga. 680, 680 (571 SE2d 806) (2002) (a criminal case remains pending until the court enters a written judgment of conviction and sentence); *Crolley v. State*, 182 Ga. App. 2, 2-3 (1) (354 SE2d 864) (1987) (a criminal proceeding is pending until the court enters a written sentence).  McCoy's failure to follow the requisite procedures deprives us of jurisdiction to consider her appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____08/15/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] McCoy filed an application for interlocutory review of the denial, which this Court dismissed.